**NATIONAL LABOR RELATIONS BOARD, Petitioner/Cross-Respondent,**

v.

**DOMSEY TRADING CORPORATION, Domsey Fiber Corporation and Domsey International Sales Corporation, A Single Employer, Respondent/Cross-Petitioner.**

**Nos. 08–4845–ag, 08–5165–ag.**

United States Court of Appeals, Second Circuit.

June 30, 2010.

Jeff Barham (Robert J. Englehart, on the brief) for Ronald Meisburg, General Counsel, National Labor Relations Board,

Washington, D.C., for Petitioner/Cross–Respondent.

Paul Friedman (Donald Gamburg and Anthony A. Mingione, on the brief), Blank Rome LLP, New York, N.Y., for Respondent/Cross–Petitioner.

Present: AMALYA L. KEARSE, RALPH K. WINTER, ROSEMARY S. POOLER, Circuit Judges.

## SUMMARY ORDER

The NLRB seeks an order enforcing a September 30, 2007 decision and order and a September 25, 2008 decision and order awarding backpay against Domsey Trading Corporation, Domsey Fiber Corporation and Domsey International Sales Corporation, a single employer ("Domsey Trading Corp."). Domsey Trading Corp. has filed a cross-petition for review. In light of the Supreme Court's decision in *New Process Steel, L.P. v. National Labor Relations Board,* —— U.S. ——, 130 S.Ct. 2635, 177 L.Ed.2d 162 (2010), the NLRB's petition for review is **DENIED** and Domsey Trading Corp.'s petition for review is **DISMISSED** as premature. *See NLRB v. Talmadge Park,* 608 F.3d 913 (2d Cir. 2010). If, after further proceedings before the NLRB, a new petition for enforcement or petition for review is filed, the Clerk's Office shall refer the petition to this panel.